JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIE HANNA,

               Plaintiff,

   v.

32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION

               Defendant.
-----------------------------------------------------------------X

08 CV 5750

RULE 7.1 STATEMENT

RECEIVED JUN 26 2008 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the U. S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Service Employees International Union, Local 32BJ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

      NONE

Date: June 25, 2008

_____
Signature of Attorney