UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIE HANNA,

        Plaintiff,

                                                          08 CV 5750 (LAK)

v.

32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION

        Defendant.
------------------------------------------------------------X

### RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Local 32BJ, Service Employees International Union hereby voluntarily dismisses this action in its entirety without prejudice.

Dated: New York, New York
July 28, 2008

                                                  LOCAL 32BJ, SEIU

                                                  By: _____
                                                       Lyle D. Rowen (LR 6220)

                                                  Office of the General Counsel
                                                Local 32BJ, SEIU
                                                101 Avenue of the Americas, 19th floor
                                                New York, NY 10013
                                                212-388-3452 (telephone)
                                                212-388-2062 (facsimile)

                                                Attorneys for Defendant Local 32BJ, SEIU

To:    Earl A. Rawlins, Esq.
        Rawlins & Gibb, LLP
        103 East 125th Street
        New York, NY 10035
        [Attorney for Plaintiff Willie Hanna]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08